UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

VS.                            CRIMINAL NO. 5:06-CR-1-DCB-AGN

RICKEY TONEY                                                DEFENDANT

ORDER

Before the Court is the request of Rickey Toney to receive credit for a (1) one year term he claims he served in the custody of the Bureau of Prisons unconstitutionally, and defendant's request to be released immediately upon credit of this time served.

Having carefully reviewed this matter the Court has determined that all prior sentences were properly imposed and, therefore, the request of the petitioner is hereby DENIED.

ORDERED this the __19th__ day of September, 2006.


__s/ David Bramlette__
UNITED STATES DISTRICT JUDGE