```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       WESTERN DIVISION
```

RICKEY TONEY                                           PETITIONER

VS.                              CIVIL ACTION NO. 5:07-cv-4(DCB)
                                 Criminal No. 5:06-cr-1(DCB)(LRA)

UNITED STATES OF AMERICA                               RESPONDENT

                              ORDER

This cause is before the Court <u>sua sponte</u>, pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, and having reviewed the plaintiff's Motion to Vacate Under 28 U.S.C. § 2255, the Court finds that a response to the motion by the government is required. Accordingly,

IT IS HEREBY ORDERED that the United States Attorney shall file an answer to the plaintiff's motion under 28 U.S.C. § 2255 to vacate, set aside or correct his sentence in criminal action no. 5:06-cr-1(DCB)(LRA), within thirty (30) days from the date of entry of this Order.

SO ORDERED, this the   14th   day of November, 2007.


                                    s/David Bramlette
                                 UNITED STATES DISTRICT JUDGE